SUPREME COURT OF FLORIDA,

John E. Onley, Appellant, v. Lenora Onley, Appellee.

Filed April 25, 1916.

Appeal from Circuit Court, Duval County; Daniel A. Simmons, Judge.

Orders affirmed.

*McGill & McGill,* for Appellant;

*James M. Peeler,* for Appellee.

---

Fred B. Noble, as Trustee of the Estate of W. B. Owen, Bankrupt; Lillie A. Marsh, Lewis Adams, R. E. Ellis and W. B. Smith, as Trustees for the Bright Star of the East; S. E. Schell and Lavenia Schell, his wife; Priscilla Brobston, as administratrix *de bonis non* of the Estate of Edwin Brobston, deceased; Mary Emma Ward and William A. Ward, her husband, Appellants, v. Charles A. Young, Appellee.

Filed April 27, 1916.

Appeal from Circuit Court, Duval County; Daniel A. Simmons, Judge.

Decree affirmed.

*Geo. C. Bedell, J. A. Yates, Stanton Walker, W. M. Bostwick, Jr.,* and *Alex St. Clair-Abrams,* for Appellants;

*Reynolds & Rogers,* for Appellee.